| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Icarus Holdings LLC** |
| United States Bankruptcy Court for the | **Western District of Washington** |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one.*

☒ Chapter 7

☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Icarus Holdings LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

N/A

**4. Debtor's Employer Identification Number (EIN)**

☒ Unknown

| **Principal place of business** | **Mailing address, if different from residence** |
|---|---|

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

Debtor   Icarus Holdings LLC                                                                                 Case number:

**5. Debtor's address**

23005 27th Ave. W.
Number   Street

Brier WA  98036
City, State, Zip Code

Snohomish
County

N/A
Number   Street

City, State, Zip Code

**Location of principal assets, if different from principal place of business**

N/A
Number   Street

City, State, Zip Code

**6. Type of business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the types of business listed
☐ Unknown type of business

**7. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes   Debtor N/A                                    Relationship _____

District _____ Date filed _____ Case number, if known _____
                                  MM/DD/YYYY

Debtor N/A                                    Relationship _____

District _____ Date filed _____ Case number, if known _____
                                  MM/DD/YYYY

## Part 3:   Report About the Case

**8. Venue**

Check one:

☒ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.
BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

**9. Allegations**   Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying such debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**10. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**11. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Vladan Milosavljevic | Loan, confession of judgment | $1,600,000.00 |
| Rock & Shield, LLC | Loan and confession of judgment | $3,400,000.00 |
|  | Total | $5,000,000.00 |

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct to the best of their knowledge, information, and belief. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| **Petitioners or Petitioners' Representatives** | | **Attorneys** | |
|---|---|---|---|
| /s/ Vladan Milosavljevic | 01/13/2022 | /s/ James E. Dickmeyer | 01/13/2022 |
| Signature of petitioner | Date | Signature of attorney | Date |

**Mailing address of petitioner**

16725 140th Ave NE
Woodinville, WA  98072

520 Kirkland Way Suite 400
PO Box 2623
Kirkland, WA  98083-2623

Contact phone: 425-889-2324

Email: jim@jdlaw.net

**If petitioner is an individual and is not represented by an attorney:**

Contact phone: N/A

Email: N/A

**Name and mailing address of petitioner's representative, if any**

N/A

---

| | | | |
|---|---|---|---|
| /s/ Stefka Gocheva | 01/13/2022 | /s/ James E. Dickmeyer | 01/13/2022 |
| Signature of petitioner's representative | Date | Signature of attorney | Date |

Representative's title: **Manager**

**Mailing address of petitioner**

23005 27th Ave W
Brier, WA  98036-8301

520 Kirkland Way Suite 400
PO Box 2623
Kirkland, WA  98083-2623

Contact phone: 425-889-2324

Email: jim@jdlaw.net

**If petitioner is an individual and is not represented by an attorney:**

Contact phone: N/A

Email: N/A

**Name and mailing address of petitioner's representative, if any**

Stefka Gocheva
23005 27th Ave. W.
Brier, WA  98036-8301

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.

| Debtor | Icarus Holdings LLC | Case number: |
|---|---|---|

| **Petitioners or Petitioners' Representatives** | **Attorneys** |
|---|---|

BkAssist® Software Copyright© 2010-2017 by Walter Oney. All rights reserved.